# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY, | Case No. 1:15-cv-01159---SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT FLP, INC.'S EX PARTE REQUEST FOR AN EXTENSION OF TIME** |
| | (Doc. 5) |
| FLP, INC., d/b/a SILVER SPROUTS COMPANY, | |
| Defendant. | |

On August 28, 2015, Defendant FLP, Inc., d/b/a Silver Sprouts Company, filed an ex parte motion for a 28-day extension of time to file a response to the Complaint. (Doc. 5.) Defense counsel attached a declaration to the ex parte motion, stating that the Complaint had been served on August 7, 2015, and he had been retained on August 24, 2015. (Doc. 5-1, ¶¶ 2, 5.) Defense counsel stated that he had left multiple voicemails and one email for Plaintiff Robert McCarthy's counsel on August 26, 2015, requesting a stipulated extension of time. (Doc. 5-1, ¶ 3.)

A response to the Complaint was due on August 28, 2015; however, Plaintiff's counsel did not respond to Defendant's request for a stipulated extension. (Doc. 5-1, ¶ 4.) No executed summons or proof of service has been filed on the docket and Plaintiff has not filed any opposition to Defendant's request. (*See* Docket.) Defendant's request would not affect any deadlines in the case. (*See* Docs. 3; 4 (Case Management Conference set for September 29, 2015, and Scheduling Conference set for October 29, 2015).)

Good cause having been shown, and in the absence of any prejudice to the Plaintiff, Defendant's ex parte motion for an extension of time is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request for a 28-day extension of time to file a response to the complaint is GRANTED; and
2. Defendant shall file a response to the complaint on or before September 25, 2015.

IT IS SO ORDERED.

Dated:  **September 3, 2015**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE