# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY, | Case No.  1:15-cv-01159---SKO |
| Plaintiff, | **ORDER THAT CLERK OF COURT CLOSE CASE PURSUANT TO VOLUNTARY DISMISSAL** |
| v. | |
| FLP, INC. d/b/a SILVER SPROUTS COMPANY; and DOES 1 through 10, Inclusive, | |
| Defendants. | |

_____/

On October 14, 2015, Plaintiff Robert McCarthy filed a notice of voluntary dismissal under Fed. R. Civ. P. 41, requesting that (1) Defendant FLP, Inc., be dismissed from the complaint with prejudice, and (2) his complaint be dismissed with prejudice in its entirety.  (Doc. 9.)

Because Plaintiff filed a notice of dismissal of Defendant FLP, Inc., with prejudice under Rule 41(a)(1), the claims against that defendant have been automatically terminated.

Accordingly, IT IS HEREBY ORDERED that:

1.    The entire matter is DISMISSED with prejudice as to all Defendants; and

2.    The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   __October 14, 2015__                          _____/s/ Sheila K. Oberto__
                                                          UNITED STATES MAGISTRATE JUDGE